ISAACS v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Herman Isaacs against the Terry & Tench Company. No opinion. Motion denied with $10 costs. Order filed.

---

ISRAELS et al., Appellants, v. MACDONALD et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Charles H. Israels and Julius F. Harder, as copartners, etc., against Ranald H. Macdonald and another. No opinion. Motion granted.

---

ISRAELS et al., Appellants, v. MACDONALD, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Charles H. Israels and another against Ranald H. Macdonald, as survivor, etc. No opinion. Motion granted.

---

JACKMAN, Respondent, v. CAVANAGH, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Andrew H. Jackman against James Cavanagh, etc. No opinion. Order affirmed on argument, with $10 costs and disbursements.

---

JAMES et al., Appellants, v. EPOSITO, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Charles James and another against Maria G. Eposito. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

JOHNSON, Appellant, v. MANNING, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Christina Johnson against John J. Manning, as president, etc. No opinion. Motion granted.

---

JONES v. GOULD et al. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by John S. Jones against George J. Gould and another. No opinion. Motion granted, with $10 costs. Order filed.

---

JONES, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Alexander M. Jones against Alice J. Jones and others. E. W. S. Johnston, for appellant. T. L. Waugh and A. Gordon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to respondents separately appearing and filing briefs. Order filed.

---

JONES et al., Appellants, v. LUCAS, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Saunders P. Jones and another against Henry J. Lucas. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

JONES, Respondent, v. WARNER INSTRUMENT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Joseph W. Jones against the Warner Instrument Company and others. C. M. Beattie, for appellants. E. Bisbee, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

JONES v. WARNER INSTRUMENT CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Joseph W. Jones against the Warner Instrument Company. No opinion. Motion denied, with $10 costs. Order filed.

---

JORDAN v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Charles H. Jordan, administrator, against the Erie Railroad Company. From a judgment for defendant, plaintiff appeals. Reversed.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. *Held*, that the plaintiff failed to establish freedom from contributory negligence on the part of the deceased.

KRUSE, J. (dissenting). The jury was warranted in finding from the circumstances that the deceased and his associate stopped, looked, and listened before attempting to cross the railroad, and that the train was not then within sight or hearing, and, further, that from their stopping place they could see far enough up the track so that a train not then in view, going at the usual and ordinary rate of speed as regulated by the city ordinance, would not reach the crossing until they had passed over. It cannot be said as matter of law that the deceased was required to anticipate that a train which is prohibited from running more than 6 miles an hour at the given point, then out of his sight and hearing, will run at the rate of 25 or 40 miles an hour, approach the crossing without warning, and overtake and collide with him at the crossing, when he has no knowledge of the approaching train, or reason to expect that one will be run at such excessive rate of speed. There being no eyewitness to the accident, the jury was warranted, from these and other circumstances, in finding the deceased free from contributory negligence. I therefore vote for affirmance of the judgment and order appealed from.

---

JUDSON, Appellant, v. MILLS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Alice Judson against John T. Mills, Jr., and another. No opinion. Motion denied, upon plaintiff stipulating to stay the appeal from the judgment until the appeal from the order correcting the findings and judgment is heard and, decided; otherwise, motion granted.

---

KASTIN, Respondent, v. BROOKLYN FERRY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Ida Kastin against the Brooklyn Ferry Company of New York. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.